JPML FORM

615    In re Helicopter Crash Near Lake Charles, Louisiana, on September 15, 1983

| Date | No. | Entry |
|---|---|---|
| 84/08/21 | 1 | MOTION, MEMORANDUM, SCHEDULE AND CERT. OF SVC. -- Messerschmitt-Bolkow-~~Bolkow~~-Blohm GmbH AND MBB Helicopter Corp. -- SUGGESTED TRANSFEREE DISTRICT: W.D. Louisiana; SUGGESTED TRANSFEREE JUDGE: (emh) |
| 84/08/30 | | APPEARANCES: S. GENE FENDLER, ESQ. FOR Messerschmitt-Bolkow-Blohm GmbH and MBB Helicopter Corp.; GEORGE E. PLETCHER, ESQ. FOR Janice Marie Champagne, et al. (cds) |
| 84/08/31 | | APPEARANCE: JERRY G. JONES, ESQ. for Suzanne B. Mallett, et al. (cds) |
| 84/09/21 | | HEARING ORDER -- setting motion to transfer A-1 and A-2 for Panel Hearing in Galveston, Texas on October 23, 1984 (rh) |
| 84/10/15 | 2 | RESPONSE -- pltf. Suzanne Mallett -- w/cert. of service (cds) |
| 84/10/19 | | HEARING APPEARANCE: SAMUEL B. KENT, ESQ. for Messerschmitt Bolkow GmbH and MBB Helicopter Corp. (cds) |
| 84/10/19 | | WAIVER OF ORAL ARGUMENT: Suzanne B. Mallet, et al. (cds) |
| 84/10/23 | | WAIVER OF ORAL ARGUMENT : Janice Marie Champagne (ds) |
| 84/11/06 | | CONSENT TO TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Earl Ernest Veron in Western District of Louisiana pursuant to 28 U.S.C. §1407. (rh) |
| 84/11/06 | | TRNASFER ORDER -- transferring A-1 thru A-2 to the W.D. Louisiana for pretrial proceedings and assigned to the Hon. Earl Ernest Veron pursuant to 28 U.S.C. †1407. Notified involved clerk, judges, counsel and misc. recipients. (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 615 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Helicopter Crash Near Lake Charles, Louisiana, on September 15, 1983

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| October 23, 1984 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Nov. 6, 1984 | TO | unpublished | W.D. Louisiana | Hon. Earl Ernest Veron | |

### Special Transferee Information

DATE CLOSED: March 20, 1989

JPML FORM 1

LISTING OF INVOLVED ACTIONS

Western District of Louisiana
Judge Earl Ernest Veron

DOCKET NO. 615 -- In re Helicopter Crash Near Lake Charles, Louisiana, on September 15, 1983

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Janice Marie Champagne, et al. v. Messerschmitt-Bolkow-Blohm GmbH, et al. | S.D.Tex. Gibson | G-84-94 | 11-6-84 | 84-3203 | 3/20/89 | |
| A-2 | Suzanne B. Mallett, et al. v. Messerschmitt-Bolkow-Blohm GmbH, et al. | W.D.La. Veron | CV84-0648 | | | 3/20/89 | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 615 -- IN RE HELICOPTER CRASH NEAR LAKE CHARLES, LOUISIANA, ON SEPTEMBER 15, 1983

| | |
|---|---|
| JANICE MARIE CHAMPAGE, ET AL. (A-1)<br>George E. Pletcher, Esq.<br>2800 Two Houston Center<br>Houston, TX  77010<br><br>SUZANNE M. MALLETT, ET AL. (A-2)<br>Jerry G. Jones, Esq.<br>Jones, Jones & Alexander<br>Post Office Drawer M<br>Cameron, LA  70631 | MESSERSCHMITT-BOLKOW-BLOHM GmbH<br>MBB HELICOPTER CORPORATION<br>S. Gene Fendler, Esq.<br>Liskow & Lewis<br>50th Floor, One Shell Square<br>New Orleans, LA  70139 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 615 -- In re Helecopter Crash Near Lake Charles, Louisiana, on September 15, 1983

| Name of Party | Named as Party in Following Actions |
|---|---|
| Messerschmitt-Bolkow-Blohm GmbH | A-1  A-2 |
| MBB Helicpter Corp. | A-1  A-2 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |