JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV -6 1984

DOCKET NO. 615

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE HELICOPTER CRASH NEAR LAKE CHARLES, LOUISIANA, ON SEPTEMBER 15, 1983

TRANSFER ORDER

This litigation consists of two actions, one each pending in the Western District of Louisiana and the Southern District of Texas. Before the Panel is a motion by defendants to transfer, pursuant to 28 U.S.C. §1407, the Texas action to the Western District of Louisiana for coordinated or consolidated pretrial proceedings with the action pending there. The Louisiana plaintiffs do not oppose transfer.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Western District of Louisiana will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions arise from the September 15, 1983 crash of a Messerschmitt-Bolkow-Blohm BO105 helicopter into the Gulf of Mexico approximately eighteen miles off the coast of Louisiana near Lake Charles. Transfer under Section 1407 is desirable in order to avoid duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Western District of Louisiana is the appropriate transferee forum. We note that 1) the Western District of Louisiana is closer to the accident scene than the Southern District of Texas and 2) the helicopter wreckage is presently stored in Louisiana.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Southern District of Texas be, and the same hereby is, transferred to the Western District of Louisiana and, with the consent of that court, assigned to the Honorable Earl Ernest Veron for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-615 -- IN RE HELICOPTER CRASH NEAR LAKE CHARLES, LOUISIANA, ON SEPTEMBER 15, 1983

Southern District of Texas

Janice Marie Champagne, et al. v. Messerschmitt-Bolkow-Blohm GmbH, et al., Civil Action No. G-84-94

Western District of Louisiana

Suzanne B. Mallett, et al. v. Messerschmitt-Bolkow-Blohm GmbH, et al., Civil Action No. CV84-0648